IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAFECO INSURANCE COMPANY    )
OF AMERICA,                 )
                            )
     Plaintiff,             )
                            )
AUTO-OWNERS INSURANCE       )
COMPANY,                    )
                            )
     Plaintiff/Intervenor,  )
                            )    CIVIL ACTION NO.
     v.                     )     2:14cv723-MHT
                            )         (WO)
REESE H. McKINNEY and       )
REUBEN E. THORNTON, JR.,    )
                            )
     Defendants.            )
```

### JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 28), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of November, 2014.

                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE